UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
DEAN EVERARD, ET AL., :
:
                     Plaintiffs, :
: 18-CV-6024 (VSB)
     -against- :
: **ORDER**
:
ALEX MUSTELLER, ET AL., :
:
                    Defendants. :
:
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/22/2019

VERNON S. BRODERICK, United States District Judge:

On November 22, 2019, the parties appeared before me for a Post-Discovery Conference. For the reasons stated on the record, it is hereby:

ORDERED that the parties shall meet and confer regarding a possible resolution of this case as to Defendants Alex Musteller and Edward Pass.

IT IS FURTHER ORDERED that the parties shall submit a joint status update to the Court no later than December 6, 2019, and propose a briefing schedule in the absence of a resolution as to Defendants Alex Musteller and Edward Pass.

IT IS FURTHER ORDERED that the parties shall contact Magistrate Judge Gorenstein's chambers to schedule a settlement conference.

IT IS FURTHER ORDERED that discovery is stayed unless otherwise ordered.

SO ORDERED.

Dated: November 22, 2019
       New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge